IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIFFANY LaSHAE BELL, #212792, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-583-MEF |
| ) | WO |
| D. PATTERSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #53) to the Recommendation of the Magistrate Judge filed on April 26, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #52) filed on April 18, 2012 is adopted;

3. Plaintiff's Motion for Preliminary Injunction (Doc. #50) is DENIED and this case is referred back to the Magistrate Judge for further proceedings.

DONE this the 9th day of May, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE